No. 108. CENTAUR CONSTRUCTION CO., INC. *v.* UNITED STATES. Certiorari denied. *Josephus C. Trimble* and *Harry S. Hall* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Ford, Paul A. Sweeney* and *Oscar H. Davis* for the

758

United States.

